IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-117 |
| DEAGO LEE EDDINGS | |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Ann Stockey, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant DEAGO LEE EDDINGS, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Section 922(g)(1).

Recommended bond: Detention.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

FILED
MAR 23 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

By:  /s/ Nicole Ann Stockey
NICOLE ANN STOCKEY
Assistant U.S. Attorney
PA ID No. 306955